UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil No.: 1:22-cv-00393

| | |
|---|---|
| THERESA COFFIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> EISENBERG LOGISTICS GREENSBORO, INC., <br><br> Defendant. | **JOINT MOTION FOR APPROVAL OF SETTLEMENT OF FLSA ACTION** |

Plaintiff Theresa Coffin and Defendant Eisenberg Logistics Greensboro, Inc., (collectively the "Parties") jointly move this Court for an order:

1. Approving the Parties' Settlement Agreement and Release, including the payments to Plaintiff, the release of claims, and payment of attorneys' fees.

2. A copy of the proposed Settlement Agreement and Release ("Agreement") is attached as Exhibit 1 to the Memorandum in Support of Joint Motion for Approval of Settlement of FLSA Action.

3. Entering a judgment dismissing this case *with* prejudice in accordance with the terms of the Agreement.

4. Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing the accompanying Memorandum in Support of Joint Motion for Approval of Settlement of FLSA Action, as well as the Declarations of Philip J. Gibbons, Jr., and Corey M. Stanton.

5. A Proposed Order is submitted for the Court's consideration.

3

WHEREFORE, the Parties request the Court to issue an Order approving the Parties' Settlement Agreement as fair and reasonable and approving an award of attorneys' fees.

Dated: February 16, 2023

Respectfully submitted,

s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Pl., Ste. 325
Charlotte, North Carolina
(704) 612-0038
phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiff*

s/ Joshua R. Adams
Joshua R. Adams, NCSB #49038
**JACKSON LEWIS P.C.**
200 S. College Street, Suite 1550
Charlotte, NC 28202
Telephone: (980) 465-7245
Joshua.adams@jacksonlewis.com

T. Chase Sample, SCBN #77601
**JACKSON LEWIS P.C.**
15 South Main Street, Suite 700
Greenville, South Carolina 29601
Telephone (864) 232-7000
Chase.samples@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on February 16, 2023, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

s/ Corey M. Stanton