IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THERESA COFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22cv393 |
| | ) | |
| EISENBERG LOGISTICS GREENSBORO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order Approving Settlement filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUGDED that the Joint Motion to Approve the Settlement (Doc. 33) is GRANTED; that Plaintiff's counsel's request for attorneys' fees in the total amount of $3,700.00 is GRANTED; that Plaintiff Theresa Coffin shall receive $5,850.00 as a reasonable settlement amount, and that this case is DISMISSED.

                                                    /s/   Thomas D. Schroeder
                                             United States District Judge

April 10, 2023